# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-1405-JVS(ADSx) | Date | March 6, 2019 |
| Title | JP Morgan Chase Bank v Bryan Swanson | | |

Present: The Honorable    James V. Selna

| Lisa M Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **March 18, 2019**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

   **X**    **Joint Rule 26(f) Scheduling Report (See Order at Docket No. \*\*)**

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

**The Court sets a hearing on this OSC for March 25, 2018 at 10:30 a.m.**

**The Court ORDERS the Scheduling Conference CONTINUED to March 25, 2018 at 10:30 a.m.**

                                                                 :    00

Initials of Preparer    lmb