Peter C. Bronstein, Esq.
Law Offices of Peter C. Bronstein
1999 Avenue of the Stars
11th Floor
Los Angeles, CA 90067
Telephone: 310.203.2249
Facsimile: 310.203.2259

Attorneys for Respondent
Bryan Swanson

Mark F. Lovell CA Bar No. 246652
mark.lovell@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Petitioner
JPMorgan Chase Bank

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, A NEW YORK CORPORATION<br><br>Petitioner,<br><br>v.<br><br>BRYAN SWANSON, AN INDIVIDUAL<br><br>Respondent. | Case No. 18-cv-1405 JVS (ADSx)<br><br>**ORDER ON STIPULATION TO DISMISS PETITION WITHOUT PREJUDICE; ORDER**<br><br>Complaint Filed: August 9, 2018<br>Trial Date: None Set<br>Judge: Hon. James V. Selna |

# ORDER

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED,** pursuant to the Stipulation by Petitioner JPMorgan Chase Bank and Respondent Bryan Swanson, as follows:

1. This action is dismissed without prejudice;
2. Respondent shall not be entitled to recover costs against Petitioner.

**IT IS SO ORDERED.**

DATED: March 14, 2019      By: _/s/ James V. Selna_
　　　　　　　　　　　　　　　　 Hon. James V. Selna
　　　　　　　　　　　　　　　　 United States District Court Judge

**PROOF OF SERVICE**
*Bryan Swanson v. JP Morgan Chase Bank, et al.*
Case No. 18-cv-1405 JVS (ADSx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On March 14, 2019, I served the following document(s):

**STIPULATION TO DISMISS PETITION WITHOUT PREJUDICE; [PROPOSED] ORDER**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

| | |
|---|---|
| Peter C. Bronstein, Esq.<br>Law Offices of Peter C. Bronstein<br>1999 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 | Attorneys for Plaintiff,<br>Bryan Swanson<br><br>Tel: 310.203.2249<br>Fax: 310.203.2259 |

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal):** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 14, 2019, at Costa Mesa, California.

_____
Diane Vo